IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDRO KRIMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2266-E-BN |
| | § | |
| OFFICE DEPOT, LLC and VEYER, LLC, | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff Alexandro Kriman filed an amended *pro se* complaint on September 18, 2025 alleging employment claims against Defendant Office Depot, LLC and Defendant Veyer, LLC (collectively, "Defendants"). *See* Dkt. No. 15.

On October 2, 2025, Defendants filed a Motion to Dismiss some of Kriman's claims under Federal Rule of Procedure 12(b)(6). *See* Dkt. Nos. 20 & 21. The Court entered an Order Setting Briefing Schedule for the motion. *See* Dkt. No. 22.

On October 7, 2025 and October 9, 2025, Kriman moved to amend his first amended complaint. *See* Dkt. Nos. 23 & 24. The Court ordered Kriman to file his proposed amended complaint as an exhibit to his Amended Motion for Leave [Dkt. No. 24] no later than October 16, 2025. *See* Dkt. No. 25. And the Court abated the deadlines set forth in its Order Setting Briefing Schedule [Dkt. No. 22]. *See id.*

On October 16, 2025, Kriman complied with the Court's order and filed the proposed amendment. *See* Dkt. No. 28. Kriman's proposed amendment incorporates by reference the allegations in the First Amended Complaint [Dkt. No. 15]. *See id.*

Before Defendants responded to his Amended Motion for Leave, Kriman filed another Motion for Leave to File Supplemental Clarification regarding the Amended Petition and Supplement. *See* Dkt. No. 29.

Defendants responded to Kriman's motions [Dkt Nos. 24 & 29].

Before the Court ruled on the motions, Kriman filed another Supplemental Motive Theory on Adverse Employment Actions on November 12, 2025. *See* Dkt. No. 33.

And the next day, he filed a Notice of Clarification Regarding Plaintiff's Supplement to Amended Petition. *See* Dkt. No. 34.

Faced with all of Kriman's filings, many of which incorporate each other by reference, the Court is forced to piecemeal Kriman's allegations, clarifications, and claims. By filing subsequent motions and amendments before a response has been filed or a ruling has been entered, Kriman has created a moving target for Defendants and the Court.

And, so, the Court ORDERS Kriman to file one motion for leave to amend his complaint no later than **November 21, 2025**. The motion must include, as an exhibit, a copy of his proposed amended complaint, per Local Civil Rule 15.1.

And, instead of incorporating by reference any other documents, the proposed amended complaint must stand on its own. Any factual allegations, claims, exhibits, and clarifications that Kriman would like the Court to consider moving forward must be included in this one proposed amended complaint.

The motion must also include a certificate of conference indicating whether the

motion is opposed or unopposed, per Local Civil Rule 7.1.

Defendants may file a written response to the motion by **December 12, 2025.** The response must be accompanied by or incorporate a brief, and the response and its brief must not together exceed 30 pages in length, excluding any table of contents and table of authorities.

Kriman may file a reply brief, but no additional documents, by **December 26, 2025**. The reply must not exceed 15 pages in length.

No supplemental pleadings, briefs, or evidence or other documents may be filed in connection with the motion or the response thereto without leave of court.

The Court will disregard any amendments or motions for leave filed prior to the date of this Order. It will also disregard any subsequent amendments or motions for leave filed before the Court enters a ruling on Kriman's motion. The Court will enter its ruling based on the forthcoming motion for leave, Defendants' response (if any), and Kriman's reply (if any).

The failure to comply with any part of this order may result in the imposition of sanctions, s*ee* FED. R. CIV. P. 16(f), and may lead to dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: November 14, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE