IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDRO KRIMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2266-E-BN |
| | § | |
| OFFICE DEPOT LLC and VEYER | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States magistrate judge made findings and conclusions in this case recommending that the Court should deny Plaintiff Alexandro Kriman's Notice of Filing Supplement to Amended Petition [Dkt. No. 23], Amended Motion for Leave to File Supplement to Amended Petition [Dkt. No. 24], Motion for Leave to File Supplemental Clarification Regarding the Amended Petition and Supplement [Dkt. No. 29], and Motion for Leave to File Amended Complaint [Dkt. No. 36]. *See* Dkt. No. 46.

And the magistrate judge recommended that the Court should grant in part and deny in part Defendant Office Depot LLC and Defendant Veyer LLC's Partial Rule 12(b)(6) Motion to Dismiss [Dkt. No. 20]; dismiss Kriman's failure to stop retaliation, constructive termination, termination during EEOC investigation, failure to pay paid time off, intentional infliction of emotional distress, and breach of contract claims with prejudice; dismiss Kriman's disability discrimination, age

discrimination, defamation, and fraudulent misrepresentation claims without prejudice; and grant Kriman leave to file an amended complaint that conforms with this recommendation by a reasonable deadline to be set by the Court. *See id.*

Objections were filed. *See* Dkt. No. 47. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 46].

SO ORDERED this 20th day of July, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE